IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES TALBERT, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| CITY OF PHILADELPHIA, et al., | : |
| | : NO. 15-1718 |
| Defendants. | : |

## ORDER

**AND NOW**, this 3rd day of February, 2016, upon consideration of defendant City of Philadelphia's motion to dismiss (Doc. No. 24), defendant Adam Jackson, Tami Levin, and R. Seth Williams' motion to dismiss (Doc. No. 25), the plaintiff's response (Doc. No. 27) and the plaintiff's response (Doc. No. 30), **IT IS HEREBY ORDERED** that:

1. Defendant City of Philadelphia's motion to dismiss (Doc. No. 24) is **GRANTED**.

2. Defendant Adam Jackson, Tami Levin, and R. Seth Williams' motion to dismiss (Doc. No. 25) is **GRANTED**.

3. The plaintiff's amended complaint (Doc. No. 18) is **DISMISSED with prejudice**.

The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.